10 So.3d 741 (2009)
SUCCESSION OF James Clyde WILKERSON
Edith Clyde Wilkerson Wong; James Clifton Wilkerson, II
v.
Dr. Ed Eiland, Executor, Legatee and Trustee of Jim Wilkerson Trust; Virginia Ann Reeves, Executrix and Legatee; James E. Paxton, Trustee of Jim Wilkerson Trust; Raye Marie Toups Wilkerson, Legatee; Ginger Ellen Lynn, Legatee; Melanie W. Stephens Rogers, Legatee; Sons of Michael and Virginia Ann Reeves, Legatees.
No. 2009-C-0975.
Supreme Court of Louisiana.
June 19, 2009.
Denied.